UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

**ISAAC INDUSTRIES, INC.**, on behalf of itself and all others similarly situated,

      Plaintiffs,

  v.

**AAA COOPER TRANSPORTATION; ARKANSAS BEST CORPORATION; ABF FREIGHT SYSTEMS, INC.; AVERITT EXPRESS, INC.; CON-WAY FREIGHT, INC.; ESTES EXPRESS LINES, INC.; FEDEX CORPORATION; FEDEX FREIGHT CORPORATION; FEDEX NATIONAL LTL, INC.; JEVIC TRANSPORTATION, INC.; OLD DOMINION FREIGHT LINE, INC.; OVERNIGHT CORPORATION; ROADWAY EXPRESS, INC.; R+L CARRIERS, INC.; SALA, INC.; SALA MOTOR FREIGHT LINE, LLC; SOUTHEASTERN FREIGHT LINES, INC.; SUN CAPITAL PARTNERS IV, LLC; UNITED PARCEL SERVICE, INC.' WATKINS MOTOR LINES; YELLOW TRANSPORTATION, INC.; YRC REGIONAL TRANSPORTATION, INC.; and YRC WORLDWIDE, INC.**,

      Defendants.

---

Civil Action No. 1:07-CV-01638-RBW

### NOTICE OF ENTRY OF APPEARANCE

Pursuant to LCvR 83.6, Philip T. Evans, Esquire, of the law firm Holland & Knight LLP, 2099 Pennsylvania Avenue, NW, Suite 100, Washington, DC 20006, (202) 457-7043, hereby enters his appearance on behalf of Defendant Watkins Motor Lines in the above-captioned matter.

Dated: October 10, 2007

Respectfully submitted,

   /s/ Philip T. Evans
Philip T. Evans (D.C. Bar #441735)
Holland & Knight LLP
2099 Pennsylvania Avenue N.W.
Suite 100
Washington, D.C. 20006

(202) 955-3000 (phone)

(202) 955-5564 (fax)

Philip.evans@hklaw.com

# CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing Notice of Entry of Appearance was served on the following via transmission of Notices of Electronic Filing generated by CM-ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing this 10th day of October, 2007:

Richard B. Drubel, Jr.
Tanya Chutkan
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, NW
Washington, DC 20015


Robert N. Kaplan
Linda P. Nussvaum
Gregory K. Arenson
KAPLAN, FOX & KILSHEIMER, LLP
850 Third Avenue 14th Floor
New York, NY 10022

H. Laddie Montague, Jr.
Eric L. Cramer
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103

Michael E. Criden
Kevin B. Love
HANZMAN, CRIDEN & LOVE, P.A.
7301 S.W. 57th Court, Suite 515
South Miami, FL 33143


                                                     /s/ Philip T. Evans
                                                     Philip T. Evans

# 4845902_v1