UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ISAAC INDUSTRIES, INC., on behalf of
itself and all others similarly situated,

    Plaintiffs,

v.

AAA COOPER TRANSPORTATION;
ARKANSAS BEST CORPORATION; ABF
FREIGHT SYSTEMS, INC.; AVERITT
EXPRESS, INC.; CON-WAY FREIGHT,
INC.; ESTES EXPRESS LINES, INC.;
FEDEX CORPORATION; FEDEX
FREIGHT CORPORATION; FEDEX
NATIONAL LTL, INC.; JEVIC
TRANSPORTATION, INC.; OLD
DOMINION FREIGHT LINE, INC.;
OVERNIGHT CORPORATION;
ROADWAY EXPRESS, INC.; R+L
CARRIERS, INC.; SALA, INC.; SALA
MOTOR FREIGHT LINE, LLC;
SOUTHEASTERN FREIGHT LINES, INC.;
SUN CAPITAL PARTNERS IV, LLC;
UNITED PARCEL SERVICE, INC.'
WATKINS MOTOR LINES; YELLOW
TRANSPORTATION, INC.; YRC
REGIONAL TRANSPORTATION, INC.;
and YRC WORLDWIDE, INC.,

    Defendants.

Civil Action No. 1:07-CV-01638-RBW

## MOTION FOR COUNSEL TO APPEAR PRO HAC VICE

NOW COMES, Philip Evans, a member in good standing of the bar of the District of Columbia and the bar of this Court and pursuant to LCvr 83.2(d), and moves this Court for admission Pro Hac Vice of JEROME W. HOFFMAN as counsel for Watkins Motor Lines. In support of this motion, the undersigned states:

1.      JEROME W. HOFFMAN is a partner at HOLLAND & KNIGHT LLP, 315 South Calhoun Street, Suite 600, Tallahassee, Florida 32301, (850) 425-5654.[1]  Mr. Hoffman is familiar with the Defendant and the issues raised in this action, and his knowledge of the factual and substantive areas of law will be of particular benefit with regard to the efficient handling of this case.

2.      Mr. Hoffman is a member in good standing of the bar of the State of Florida and is admitted to practice before the following courts:  the State Courts of Florida, United States District Court for the Northern, Middle and Southern Districts of Florida, and U.S. Court of Appeals for the Eleventh Circuit.

3.      Mr. Hoffman has never been disciplined by any bar or court.

4.      Mr. Hoffman has never been admitted Pro Hac Vice to practice before this Court.

5.      Mr. Hoffman does not practice law from an office located in the District of Columbia.

WHEREFORE, undersigned counsel respectfully moves this Court for an order admitting Jerome W. Hoffman Pro Hac Vice as counsel for Watkins Motor Lines.  A proposed order is attached.

---

[1] The Declaration of Jerome W. Hoffman is attached hereto as Exhibit A.

Dated: October 12, 2007                         Respectfully submitted,


        /s/ Philip T. Evans
Philip T. Evans (D.C. Bar #441735)
Holland & Knight LLP
2099 Pennsylvania Avenue N.W.
Suite 100
Washington, D.C. 20006
(202) 955-3000 (phone)

(202) 955-5564 (fax)


# 4843706_v1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Consent Motion for Counsel to Appear Pro Hac Vice was served on the following via transmission of Notices of Electronic Filing generated by CM-ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing this 12th day of October, 2007:

Richard B. Drubel, Jr.
Tanya Chutkan
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, NW
Washington, DC 20015

Robert N. Kaplan
Linda P. Nussvaum
Gregory K. Arenson
KAPLAN, FOX & KILSHEIMER, LLP
850 Third Avenue 14th Floor
New York, NY 10022

H. Laddie Montague, Jr.
Eric L. Cramer
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103

Michael E. Criden
Kevin B. Love
HANZMAN, CRIDEN & LOVE, P.A.
7301 S.W. 57th Court, Suite 515
South Miami, FL 33143

          /s/ Philip T. Evans
         Philip T. Evans

# 4843706_v1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ISAAC INDUSTRIES, INC., on behalf of
itself and all others similarly situated,

      Plaintiffs,

v.

AAA COOPER TRANSPORTATION;
ARKANSAS BEST CORPORATION; ABF
FREIGHT SYSTEMS, INC.; AVERITT
EXPRESS, INC.; CON-WAY FREIGHT,
INC.; ESTES EXPRESS LINES, INC.;
FEDEX CORPORATION; FEDEX
FREIGHT CORPORATION; FEDEX
NATIONAL LTL, INC.; JEVIC
TRANSPORTATION, INC.; OLD
DOMINION FREIGHT LINE, INC.;
OVERNIGHT CORPORATION;
ROADWAY EXPRESS, INC.; R+L
CARRIERS, INC.; SALA, INC.; SALA
MOTOR FREIGHT LINE, LLC;
SOUTHEASTERN FREIGHT LINES, INC.;
SUN CAPITAL PARTNERS IV, LLC;
UNITED PARCEL SERVICE, INC.'
WATKINS MOTOR LINES; YELLOW
TRANSPORTATION, INC.; YRC
REGIONAL TRANSPORTATION, INC.;
and YRC WORLDWIDE, INC.,

      Defendants.

Civil Action No. 1:07-CV-01638-RBW

## ORDER

FOR THE REASONS set forth in the Consent Motion for Counsel to Appeal Pro Hac Vice, good cause having been shown,

IT IS, this _____ day of October, 2007, HEREBY ORDERED that JEROME W. HOFFMAN is admitted to appear Pro Hac Vice as counsel for Watkins Motor Lines.

SO ORDERED.

Dated: _____

                                      United States District Judge

Copies to:

Philip T. Evans
Holland & Knight LLP
2099 Pennsylvania Avenue N.W.
Suite 100
Washington, D.C. 20006

Richard B. Drubel, Jr.
Tanya Chutkan
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, NW
Washington, DC 20015

Robert N. Kaplan
Linda P. Nussvaum
Gregory K. Arenson
KAPLAN, FOX & KILSHEIMER, LLP
850 Third Avenue 14th Floor
New York, NY 10022

H. Laddie Montague, Jr.
Eric L. Cramer
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103

Michael E. Criden
Kevin B. Love
HANZMAN, CRIDEN & LOVE, P.A.
7301 S.W. 57th Court, Suite 515
South Miami, FL 33143

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

ISAAC INDUSTRIES, INC., on behalf of
itself and all others similarly situated,

       Plaintiffs,

v.

AAA COOPER TRANSPORTATION;
ARKANSAS BEST CORPORATION; ABF
FREIGHT SYSTEMS, INC.; AVERITT
EXPRESS, INC.; CON-WAY FREIGHT,
INC.; ESTES EXPRESS LINES, INC.;
FEDEX CORPORATION; FEDEX
FREIGHT CORPORATION; FEDEX
NATIONAL LTL, INC.; JEVIC
TRANSPORTATION, INC.; OLD
DOMINION FREIGHT LINE, INC.;
OVERNIGHT CORPORATION;
ROADWAY EXPRESS, INC.; R+L
CARRIERS, INC.; SALA, INC.; SALA
MOTOR FREIGHT LINE, LLC;
SOUTHEASTERN FREIGHT LINES, INC.;
SUN CAPITAL PARTNERS IV, LLC;
UNITED PARCEL SERVICE, INC.'
WATKINS MOTOR LINES; YELLOW
TRANSPORTATION, INC.; YRC
REGIONAL TRANSPORTATION, INC.;
and YRC WORLDWIDE, INC.,

       Defendants.

Civil Action No. 1:07-CV-01638-RBW

## DECLARATION OF JEROME W. HOFFMAN

1.    My full name is Jerome W. Hoffman.

2.    I am a licensed attorney who practices as an attorney in the law firm of Holland & Knight LLP, who is counsel for the defendant Watkins Motor Lines in the captioned matter.

3.    My office address and contact information is:

       Holland & Knight LLP
       315 South Calhoun Street
       Suite 600
       Tallahassee, FLA 32301

>Phone: 850-425-5654
>Fax: 850-224-8832
>E-mail: jerome.hoffman@hklaw.com

4. I am admitted to practice before the courts in the State Courts of Florida, United States District Court for the Northern, Middle and Southern Districts of Florida, and U.S. Court of Appeals for the Fifth, Ninth, Tenth and Eleventh Circuit.

5. I am a member in good standing of the Bar of the State of Florida.

6. I have never been disciplined by any bar or court.

7. I have never been admitted *pro hac vice* to practice before this Court.

I solemnly affirm under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge, information, and belief.

Dated: October 12, 2007

_____
Jerome W. Hoffman

# 4853027_v1

2