# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

**JAMES N. HATTEN**
CLERK OF COURT

CIVIL SECTION
404-215-1655

January 17, 2008

Ms. Katherine Snuffer
U. S. District Court
District of Columbia
1834 E. Barret Prettyman U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001-2802

    Re:    MDL 1895 LTL Shipping Services Antitrust Litigation

Dear Ms. Snuffer

    Enclosed is a certified copy of the transfer order received from the MDL Panel on Multidistrict Litigation. It instructs that the cases listed be transferred to our district for disposition pursuant to Title 28 USC 1407.

Please send your files with certified copies of the docket sheets to this district at your earliest convenience.

        Sincerely,

        James N. Hatten
        Clerk of Court

        By:    */s/ K. Thornton*
              Deputy Clerk

Enclosures